## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JIM KENNEDY**,

       *Plaintiff*,

  v.

**PEI-GENESIS**,

       *Defendant*.

**Case No. 2:23-cv-00164-JDW**

### ORDER

**AND NOW**, this 8th day of June, 2023, upon consideration of Plaintiff Jim Kennedy's Motion For Reconsideration And Entry Of A Protective Order (ECF No. 19), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

                                        **BY THE COURT:**

                                        */s/ Joshua D. Wolson*
                                        JOSHUA D. WOLSON, J.