IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JIM KENNEDY**,<br><br>*Plaintiff,*<br><br>v.<br><br>**PEI-GENESIS,**<br><br>*Defendant.* | **Case No. 2:23-cv-00164-JDW** |

### ORDER

AND NOW, this 27th day of February, 2024, upon consideration of the Motion For Summary Judgment Of Defendant PEI-Genesis, Inc. (ECF No. 33), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.